IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED NATIONAL INSURANCE COMPANY, | Case No. 25-cv-02114-MMC |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| EVANSTON INSURANCE COMPANY, | |
| Defendant. | |

The parties having informed the Court that they have executed a settlement agreement,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within thirty days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: October 22, 2025

MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.